JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE JESUS CARDENAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE JAIME,<br><br>　　　　　Respondent. | Case No. CV 20-2798-DOC (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  June 9, 2021

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE